Filed 5/28/24  P. v. Key CA2/5

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE, | B328529 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. TA148105) |
| v. | |
| MCKINLEY TERRY KEY, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Teresa P. Magno, Judge.  Affirmed.

Cynthia L. Barnes, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

Defendant McKinley Terry Key appeals from a judgment following his entry of a no contest plea to one count of forcible rape (Pen. Code[1], § 261, subd. (a)(2)), one count of forcible oral copulation (§ 288a, subd. (c)(2)(A)), and one count of second degree robbery (§ 211). Pursuant to the terms of a plea agreement, in which the prosecution agreed to dismiss certain counts against defendant in exchange for an agreed-upon sentence of 17 years, the trial court sentenced defendant to 17 years in state prison, consisting of the upper term of eight years on the rape and oral copulation counts, to be served consecutively, and a one-year term for the robbery count, to be served consecutively. The court granted defendant 1,075 days of custody credit and imposed certain fines and fees. The court also ordered that defendant register as a sex offender. (§ 290.) Then, pursuant to the prosecution's motion, the court dismissed the remaining counts against defendant.

We appointed counsel to represent defendant on appeal. On February 16, 2024, counsel filed an opening brief in which counsel did not identify any arguable issues and requested that we follow the procedure set forth in *People v. Wende* (1979) 25 Cal.3d 436, 441 (*Wende*).

On February 20, 2024, we notified defendant that appointed appellate counsel had failed to find any arguable issues and he had 30 days within which to independently brief any grounds for appeal, contentions, or arguments he wanted us to consider. Defendant did not file a supplemental brief. We have reviewed the record and are satisfied that defendant's appointed appellate counsel has fully complied with counsel's responsibilities and no arguable issues exist. (*Wende, supra,* 25

---

[1]    Further statutory references are to the Penal Code.

Cal.3d at p. 441; see *People v. Hester* (2000) 22 Cal.4th 290, 295 ["Where the defendants have pleaded guilty in return for a *specified* sentence, appellate courts will not find error even though the trial court acted in excess of jurisdiction in reaching that figure, so long as the trial court did not lack *fundamental* jurisdiction"].)

## DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

KIM, J.

We concur:

MOOR, Acting P. J.

LEE, J.*

---

\*      Judge of the San Bernardino Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.